IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-487-RJC-DCK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| STORM BRYANT, ELIJAH BRYANT, III, CAPITALSTORM LLC, GENERATIONBLACK LLC, and NCOME LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion For Order Preserving Privilege" (Document No. 38) filed April 14, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion For Order Preserving Privilege" (Document No. 38) is **GRANTED**. Pursuant to Rule 502(d) of the Federal Rules of Evidence, any privilege or protection is not waived by disclosure of documents or information pursuant to the Consent Order of Preliminary Injunction (Document No. 25).

**SO ORDERED**.    Signed: April 14, 2022

David C. Keesler
United States Magistrate Judge