# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Commodity Futures Trading Commission**,** | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:21-cv-00487-RJC-DCK |
| vs. | ) ) | |
| Storm Bryant, et al | ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2024 Order.

October 28, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court